No. —. BOZELL *v.* BIDDLE ET AL. June 18, 1945. The motion for leave to file petition for writ of certiorari is denied.

No. —. EX PARTE WILLIAM M. LEE;
No. —. TEGTMEYER *v.* TEGTMEYER; and
No. —. BLOOD *v.* RHODE ISLAND. June 18, 1945. Applications denied.

No. —. KENNEDY *v.* LAINSON, WARDEN. June 18, 1945. The motion for leave to file petition for writ of habeas corpus is denied.

No. 699. GOLDSTONE ET AL., EXECUTORS, *v.* UNITED STATES. June 18, 1945. Order entered amending opinion.

No. 1213. GLICK BROTHERS LUMBER CO. ET AL. *v.* BOWLES, PRICE ADMINISTRATOR; and

No. 1224. RAY ET AL., DOING BUSINESS AS SUPERIOR UNIFORM CAP & SHIRT MFG. CO., *v.* BOWLES, PRICE ADMINISTRATOR. June 18, 1945. The application for a stay is denied.

No. 1368. STEWART *v.* RAGEN, WARDEN. See *post,* p. 890.